M.D. Appeal Dkt.
40  2017

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 118 MAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ASHLEY LAUREN WILMER, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 9th day of August, 2017, the Petition for Allowance of Appeal is

**GRANTED** with respect to the following issue:

   Whether law enforcement may reenter a residence after the
   exigency that permitted the initial entry has dissipated?